1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:13-MC-00051-MCE-CKD

12            Plaintiff,

13       v.                              STIPULATION AND ORDER
                                         EXTENDING TIME FOR FILING
14 APPROXIMATELY $120,000.00 IN U.S.     A COMPLAINT FOR
   CURRENCY,                             FORFEITURE AND/OR TO
15                                       OBTAIN  AN INDICTMENT
   APPROXIMATELY $90,000.00 IN U.S.      ALLEGING FORFEITURE
16 CURRENCY, and

17 APPROXIMATELY $105,000.00 IN
   U.S. CURRENCY SEIZED FROM SAFE
18 DEPOSIT BOX NUMBER 1527 AT
   BANK OF AMERICA,
19
              Defendants.
20

21       It is hereby stipulated by and between the United States of America and claimant Alejandro

22 Aguirre ("claimant"), by and through their respective counsel, as follows:

23       1.       On or about February 22, 2013, claimant Alejandro Aguirre filed a claim, in the

24 administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the

25 Approximately $120,000.00 in U.S. Currency and Approximately $90,000.00 in U.S. Currency

26 (hereafter "defendant currency"), which were seized on June 27, 2012 and Approximately

27 $105,000.00 in U.S. Currency seized from Safe Deposit Box Number 1527 at Bank of America

28 (hereafter "defendant funds"), which was seized on July 3, 2012.

                                          1

2.       The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency and the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency and the defendant funds as required by law in the administrative forfeiture proceeding.

3.       Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and the defendant funds and/or to obtain an indictment alleging that the defendant currency and the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is May 23, 2013.

4.       As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to July 22, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and the defendant funds and/or to obtain an indictment alleging that the defendant currency and the defendant funds are subject to forfeiture.  The parties agree that by stipulating to the extension of time, Claimant does not waive any of the rights he may have regarding the dates in which the parties were obliged to perform any act related to this matter.

///
///
///
///
///
///
///
///
///
///
///

2

5.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and the defendant funds and/or to obtain an indictment alleging that the defendant currency and the defendant funds are subject to forfeiture shall be extended to July 22, 2013.

Dated:    5/23/13                                BENJAMIN B. WAGNER
                                                 United States Attorney


                                                  /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney



Dated:    5/23/13                                /s/ David M. Michael
                                                 DAVID M. MICHAEL
                                                 Attorney for Claimant Alejandro Aguirre

                                                 (Authorized via email 5/23/13)

          IT IS SO ORDERED.

DATED:  June 5, 2013




                                                 _____
                                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                 UNITED STATES DISTRICT COURT

Stipulation and Order to Extend Time