BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-00051-MCE-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $120,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $90,000.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $105,000.00 IN U.S. CURRENCY SEIZED FROM SAFE DEPOSIT BOX NUMBER 1527 AT BANK OF AMERICA, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Alejandro Aguirre ("claimant"), by and through their respective counsel, as follows:

1. On or about February 22, 2013, claimant Alejandro Aguirre filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $120,000.00 in U.S. Currency and Approximately $90,000.00 in U.S. Currency (hereafter "defendant currency"), which were seized on June 27, 2012 and Approximately $105,000.00 in U.S. Currency seized from Safe Deposit Box Number 1527 at Bank of America (hereafter "defendant funds"), which was seized on July 3, 2012.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency and the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency and the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and the defendant funds and/or to obtain an indictment alleging that the defendant currency and the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was May 23, 2013.

4. By Stipulation and Order filed June 6, 2013, the parties stipulated to extend to July 22, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and the defendant funds and/or to obtain an indictment alleging that the defendant currency and the defendant funds are subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to October 21, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and the defendant funds and/or to obtain an indictment alleging that the defendant currency and the defendant funds are subject to forfeiture. The parties agree that by stipulating to the extension of time, Claimant does not waive any of the rights he may have regarding the dates in which the parties were obliged to perform any act related to this matter.

///
///
///
///
///
///

Stipulation and Order to Extend Time

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and the defendant funds and/or to obtain an indictment alleging that the defendant currency and the defendant funds are subject to forfeiture shall be extended to October 21, 2013.

Dated:   7/17/13

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:   7/17/13

/s/ David M. Michael
DAVID M. MICHAEL
Attorney for Claimant Alejandro Aguirre
(As authorized on 7/17/2013)

IT IS SO ORDERED.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order to Extend Time